# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE MARVIN JENNINGS, | NO. EDCV 21-00681-ODW (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| PEOPLE OF THE STATE OF RIVERSIDE CA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 17, 2021

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE